STATE OF NEW JERSEY v. ALBERT C. FAINS.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN D'AMICO.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ALLEN.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID HICKS.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FORREST L. BOYER.

March 14, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 387)